THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CAMERON, Appellant. (Appeal No. 2.) [929 NYS2d 903]—

It is hereby ordered that the order so appealed from is unanimously reversed on the law without costs and the matter is remitted to Erie County Court for further proceedings in accordance with the same memorandum as in *People v Cameron* (87 AD3d 1366 [2011]). Present—Scudder, P.J., Smith, Lindley, Sconiers and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH D. FAYETTE, Appellant. [929 NYS2d 904]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Watts*, 78 AD3d 1593 [2010], *lv denied* 16 NY3d 838 [2011]). Present—Scudder, P.J., Smith, Lindley, Sconiers and Gorski, JJ.